**Dismiss; Opinion Filed January 16, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01105-CV

**MARJURITA D. KELLEY, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF D'LISA M. KELLEY, Appellant**

**V.**

**THE CITY OF DALLAS, KEVIN MANSELL, AND ABIGAIL DOMINGUEZ, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-02799**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Since filing her notice of appeal on September 11, 2019, appellant has not communicated with this Court or taken any further steps to prosecute the appeal. She has not paid the appellate filing fee and has not filed an affidavit indicating her inability to pay nor anything with this Court asking for relief from inability to pay.

On October 22, 2019, the district clerk informed the Court the clerk's record would not be filed because appellant had not paid the clerk's fee. That same day, we directed appellant to file, no later than November 1, 2019, written verification she had made arrangements to pay the fee or was entitled to proceed without paying the fee. *See* Tex. R. App. P. 35.3(a). Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further

notice, appellant has not complied. *See id*. 37.3(b). Accordingly, we dismiss the appeal. *See id*., 42.3(b),(c).

<div style="margin-left:50%">

/Robert D. Burns, III/
_____
ROBERT D. BURNS, III
CHIEF JUSTICE

</div>

191105F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARJURITA D. KELLEY,
INDIVIDUALLY AND AS THE
REPRESENTATIVE OF THE ESTATE
OF D'LISA M. KELLEY, Appellant

No. 05-19-01105-CV      V.

THE CITY OF DALLAS, KEVIN
MANSELL, AND ABIGAIL
DOMINGUEZ, Appellees

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-02799.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees the City of Dallas, Kevin Mansell, and Abigail Dominguez recover their costs, if any, of this appeal from appellant Marjurita D. Kelley, Individually and as the Representative of the Estate of D'Lisa M. Kelley.

Judgment entered this 16th day of January, 2020.